

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00634-CV

**IN THE INTEREST OF J.E.L. AND D.C.L., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02145
Honorable Richard Garcia, Judge Presiding

## O R D E R

 This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The reporter's record for this appeal was due to be filed on October 12, 2015, but has not been filed.

 It is therefore ORDERED that the reporter's record must be filed in this court no later than ten days from the date of this order. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court